

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:           01-13-01052-CR

Trial Court Cause
Number:                 11CR2795

Style:                  Danny Jarrod Hamilton

                        **v** The State of Texas

Date motion filed[*]:   August 19, 2014

Type of motion:         Motion for Extension of Submission Date

Party filing motion:    The State of Texas

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Harvey Brown
              ☒ Acting individually      ☐ Acting for the Court

Panel consists of Justices Massengale, Brown, and Huddle

Date: August 21, 2014